LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
BETH ANN R. YOUNG (Cal. Bar No. 143945)
TODD M. ARNOLD (Cal. Bar No. 221868)
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

—AND—

GARDERE WYNNE SEWELL LLP
CRAIG FLORENCE (TX 0158010) *(Admitted Pro Hac Vice)*
STEPHEN A. MCCARTIN (TX 13374700) *(Admitted Pro Hac Vice)*
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

ATTORNEYS FOR HORACE T. ARDINGER JR.,
PIC/PERSISTENCE PARTNERSHIP,
PERSISTENCE JOINT VENTURE 300A and WESTLAND CAPITOL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| TRANSAMERICA OCCIDENTAL and LIFE INSURANCE COMPANY,<br><br>    Plaintiff-In Interpleader,<br><br>v.<br><br>BRUINBILT, LLC, etc., et al.,<br><br>    Claimants-in Interpleader.<br>_____<br>HORACE T. ARDINGER, JR.<br>PIC/PERSISTENCE PARTNERSHIP,<br>PERSISTENCE JOINT VENTURE 300A, and WESTLAND CAPITOL, INC.,<br><br>    Cross-Complainants,<br><br>v. | CASE NO. CV06-0654-SGL (SSx)<br><br>THE HON. STEPHEN G. LARSON<br><br>**ORDER RE: <u>EX PARTE</u> APPLICATION FOR ORDER SETTING HEARING ON THE ARDINGER PARTIES' MOTION FOR SANCTIONS**<br><br>DATE: July 31, 2008<br><br>DISCOVERY CUT-OFF DATE: December 7, 2007<br><br>FINAL PRETRIAL CONFERENCE DATE: March 31, 2008<br><br>TRIAL DATE: April 29, 2008 |

CURTIS D. SOMOZA, ROBERT COBERLY, JR., BRUINBILT, LLC, EZ/HS, LLC, and NORFIELD MANAGEMENT LLC, as Trustee of the PERSONAL INVOLVEMENT CENTER TRUST #1,

              Cross-Defendants.

Upon consideration of the ex parte application (the "Ex Parte Application") of Cross-Complainants Horace T. Ardinger, Jr., the PIC/Persistence Partnership, Persistence Joint Venture 300A, and Westland Capitol, Inc. (collectively, the "Ardinger Parties") for the entry of an order setting a hearing, on August 26, 2008, at 10:00 a.m., or such other time as is convenient for the Court, before the Hon. Suzanne H. Segal, whose Courtroom 23 is located at 312 N. Spring Street, 3rd Floor, Los Angeles, CA 90012, on the *Ardinger Parties' Motion for Sanctions* (the "Discovery Sanctions Motion"), and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Ex Parte Application is hereby granted; and

/ / /

/ / /

/ / /

2. The Hearing on the Ardinger Parties' Discovery Sanctions Motion shall be held ~~on~~ *as determined by* ~~, 2008, at    :      .m., before the~~ Hon. Suzanne H. Segal, whose Courtroom 23 is located at 312 N. Spring Street, 3rd Floor, Los Angeles, CA 90012.

**IT IS SO ORDERED.**

Dated: 8-5-08

*/s/ S.G. Larson*

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

On July 31, 2008 I served the foregoing document(s) described as:

**ORDER RE: EX PARTE APPLICATION FOR ORDER SETTING HEARING ON THE ARDINGER PARTIES' MOTION FOR SANCTIONS**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

See Attached Service List:

☒ (By E-mail) I caused said document to be sent via email to the office(s) of the addressee(s) so designated on the attached list. Executed on July 31, 2008, at Los Angeles, California.

☒ (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Federal Express (or Express Mail), next business day delivery to the offices of the addressee. Executed on July 31, 2008 at Los Angeles, California.

☒ (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

                                                    */s/ Lourdes Cruz*
                                                    Lourdes Cruz

SERVICE LIST

| **Served by E-Mail and Overnight Mail** | **Served by Overnight Mail** |
|---|---|
| Timothy L. Neufeld, Esq.<br>Eva Wong, Esq.<br>Neufeld Law Group<br>360 East Second Street, Suite 703<br>Los Angeles, CA  90012<br>**Attorney for EZHS, LLC**<br>TNeufeld@neufeldlawgroup.com<br>EWong@neufeldlawgroup.com | John P. Reitman, Esq.<br>Lisa N. Nobles, Esq.<br>Gumport Reitman & Montgomery<br>550 S. Hope Street, Suite 825<br>Los Angeles, CA 90071-2627<br>**Attorney for EZHS, LLC** |